**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**MICHAEL PATRICK HENNAGIR,**

**Plaintiff,**

**v.** **Case No. 5:26-cv-204-AW-HTC**

**JONATHAN P. HUTCHINS, et al.,**

**Defendants.**

_______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff Michael Hennagir, a pro se prisoner, filed this § 1983 action against several defendants. After review, the magistrate judge issued a thorough report and recommendation that concluded the court should dismiss for failure to state a claim. ECF No. 7. Hennagir has filed no objection.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim." The clerk will then close the file.

SO ORDERED on September 21, 2026.

s/ *Allen Winsor*
Chief United States District Judge